# Exhibit 31

**VOCATIONAL REPORT**

**FOR**

**ROBERT SCHEUER**

Prepared by
**Robert D. Cox, M.A., C.R.C., L.P.C.**
The World of Work
15365 Bowsprit Court
Corpus Christi, Texas 78418

**July 29, 2015**

# VOCATIONAL REPORT

# FOR

# ROBERT SCHEUER

I have developed opinions about prospects for employment, earnings, and rehabilitation for Robert Scheuer. In order to do this I reviewed information about his work history, educational history, earnings history, and medical history. I have attached a list of documents reviewed in this matter.

I am qualified to give these opinions based on my Masters Degree in vocational rehabilitation, licensure as a Licensed Professional Counselor (LPC) in Texas, and national certification as a Certified Rehabilitation Counselor (CRC) by the Commission on Rehabilitation Counselor Certification. I have testified in thousands of hearings at the request of the Social Security Administration. I have worked for over 40 years helping persons with disabilities return to work, if they're able to do so. My fee for expert witness work in matters such as these is $250 an hour. My resume and testimony history are attached.

My opinions are derived from my training as a Vocational Rehabilitation Counselor. This training uses methodologies established over decades of experience working with persons who have all kinds of medical impairments. These methodologies are taught and developed in the Masters Degrees programs throughout the United States. The bases for such methodologies can be reviewed in texts such as *Foundations of the Vocational Rehabilitation Process* (Rubin & Roessler, 2008) and *A Guide to Rehabilitation* (Deutsch & Sawyer, 2004). These authors describe the research showing the validity of using such methodologies taught to rehabilitation counseling practitioners. By using the Job Descriptions developed by the United States Department of Labor in *its Dictionary of*

*Occupational Title*s, originally published in 1939, Rehabilitation Counselors are able to identify the mental and physical demands of jobs. These are then matched with the medically determinable Residual Functional Capacity of the persons being assessed for recommendations and opinions about employability. Information about wages is drawn from State and Federal sources available through computer-based programs such as SkillTRAN (http;//www.skilltran.com). This allows for opinions to be expressed about wage earning capacity based on jobs actually being performed in the various regional economies in the country. Counselors with such training as that acquired by myself are regularly and routinely used by Federal Judges with the Office of Disability Adjudication and Review to assist in determining eligibility for Social Security Disability Benefits. I have been qualified as a Vocational Expert Witness for this program for over 30 years.

From my review, I learned this 48-year-old postal carrier stopped working on May 18, 2014. At the time of his automobile accident he was employed as a City Postal Carrier with the United States Postal Service in Tulsa, Oklahoma.

Mr. Scheuer was initially treated at St. John Hospital in Tulsa, Oklahoma for complaints of cervical, lumbar, shoulder and head pain. He was then discharged with medications and instructed to follow up with his treating physician Dr. Marouk.

Mr. Scheuer returned to St. John Hospital one month following his auto accident complaining of memory loss and a seizure issue. He was discharged and recommended to follow up with his treating physicians.

Dr. Marouk referred Mr. Scheuer for diagnostic studies and then to Tulsa Pain Consultants for epidural steroid injections to his cervical region under the direction of Dr. Martucci.

Dr. Marouk continued to provide conservative treatment to Mr. Scheuer and released him to return to restricted light duty work with the United States Postal Service in September 2014. Mr. Scheuer was limited to lifting only 25 lbs. and working a forty hour work week. Mr. Scheuer returned to restricted light work duty with United States Postal Service in September 2014 working a forty hour work week.

He continued to work for the United States Postal Service until February 10, 2015. Mr. Scheuer then underwent a cervical C-4-5 laminectomy on February 11, 2015 performed by his neurosurgeon Dr. Marouk. He then returned to work on restricted light duty on April 15, 2015 without working overtime hours.

Mr. Scheuer detailed in his deposition that he experienced previous injuries which include shoulder surgery 1988, lumbar discectomy 1989, lumbar laminectomy 1991, L4-5 disc herniation six weeks of physical therapy 2000, TMJ surgery 2007, and shoulder hardware removal 2011.

Mr. Scheuer graduated from Chula Vista High School in 1984. He is a US Army veteran who served from 1985 to 1988. He obtained a BS degree in Political Science from the University of South Carolina in 1992. He obtained an online Master Degree in Economics from the University of Phoenix in 2008.

I have reviewed Mr. Scheuer employment history and he has worked primarily as a City Postal Carrier for the last sixteen years. His current rate of pay is $28.52 per hour. Mr. Scheuer states in his deposition that he worked for Jarco Auto Parts, Kelly Paper Company, Kings Mill golf course, Anheuser Busch, Reliant Insurance Company, Todd Tool Company, Ward Industries and Kelco.

I have attached a copy of the labor market information about City Postal Carriers in the United States and the Tulsa, Oklahoma labor market.

Currently Mr. Scheuer continues in a restricted light duty work status with the United States Postal Service. He is not able to work overtime hours at this time. This has resulted in a loss of overtime income, looking at the 2008 – 2014 tax returns. Based on his current medical status and limitations it is likely that Mr. Scheuer will have to continue to work a restricted light duty program and be unable to work overtime hours. This would result in around a $20,000.00 to $25,000.00 annual loss of earnings and in my opinion reflects a loss of wage earning capacity. Since Mr. Scheuer is restricted to light duty work with no overtime and continues to have significant medical limitations, this could lead to an early medical retirement. These factors would lead to a significant future loss of wage earning capacity for Mr. Scheuer. His annual salary from the records is $59,326.60 per year. His medical status and limitations may lead him to take an early medical retirement. If Mr. Scheuer has to take early medical retirement five years before regular retirement his expected wage loss would be $296,633.00.

I reserve the right to supplement my opinions if other information becomes available.

R.D.Cox

Robert Dewar Cox, M.S., C.R.C., L.P.C.

Licensed Professional Counselor

Attachments

# DOCUMENTS REVIEWED

# FOR

# ROBERT SCHEUER REPORT

5-06-15 Lisa Scheuer depo
5-06-15 Robert Scheuer depo
6-08-15 Norman Timothy Swafford depo
6-15-15 Matthew Pinson depo
6-15-15 Paul Connett depo
6-15-15 Sussanna Farley depo
2015 06 18 GM's Supp Resp and Object to Pltfs' First Set of Rogs-5515.pdf
2015-05-14 Pltf Resps to 1st Roggs.pdf
2015-06-03 - GM's Responses to Plts Rogs and RFP.pdf
2015-06-08 - USPS Employment Record.PDF
Accident Photos taken by Rager.pdf
Attachment 1 to Resp to RFP.pdf
Attachment 2 to Resp to RFP.pdf
Car Photo- Robert Scheuer.pdf
Car Photos.pdf
Catoosa Tag Office 14-007961 Scheuer.pdf
Collision Report.pdf
Declaration_Supp_Amend_PFS.pdf
Insurance
Liability Expert Materials
Lisa Scheuer Revised Depo Notice w attached Protocol.pdf
LOR for State Farm.pdf
Medical
Medical and Billing Records Requests
MRC Records
Oklahoma traffic collision report 14-007961 Scheuer.pdf
Photos Produced by Oklahoma DPS.pdf
Photos Provided by Clients of the Accident Scene
Photos taken by Lisa Scheuer.pdf
Plaintiff's Discovery Responses
Plts Resp to GM's 1st Set of Rogs.pdf
Police Crash Report-4556.pdf
Responses to GM LLC RFPs to Scheuer_JL.docx
Robert Scheuer police report.pdf
Robert Scheuer Scar Photos.pdf

Safety Recall Notices-4557.pdf
Scheuer Robert Supplemented and Amended PFS_Final.pdf
Scheuer, Robert PFS.pdf
Sup to Resp to 1st RFP.pdf
Surgical Photos
Vehicle Photos

For: Job of Schauer

230.367-010 MAIL CARRIER

**DESCRIPTION**
230.367-010 MAIL CARRIER

ALTERNATE JOB TITLES (Might also be known as):

CITY CARRIER; LETTER CARRIER; MAIL CARRIER; PARCEL-POST CARRIER; SPECIAL-DELIVERY CARRIER

CITY CARRIER; LETTER CARRIER. Sorts mail for delivery and delivers mail on established route: Inserts mail into slots of mail rack to sort for delivery. Delivers mail to residences and business establishments along route. Completes delivery forms, collects charges, and obtains signature on receipts for delivery of specified types of mail. Enters changes of address in route book and re-addresses mail to be forwarded. May drive vehicle over established route. May deliver specialized types of mail and be designated Parcel-Post Carrier (government ser.); Special-Delivery Carrier (government ser.).

DATA SOURCES: U.S. Dept. of Labor, Dictionary of Occupational Titles Fourth Edition, Revised (1991), (including subsequent amendments by the U.S. Department of Labor. Various Military-Civilian occupational titles cross-references. Some alternate titles suggested by SkillTRAN customers.

**QUICK VIEW CODES**

```
         R M L            SVP: 4      Aptitudes: G V N S P Q K F M E C
GED: 3 2 3          Temperaments: R              3 3 4 4 4 3 3 4 3 5 4
STRENGTH: M         Date of Last DOT Update: 1986

Physical Demands: CL BA ST KN CR CW RE HA FI FE TA HE TS NE FA DE AC
CV FV
                          N N B N N N F F F N O O N F N N N
N N
```

DATA SOURCES: Dictionary of Occupational Titles, 1991; Characteristics of Occupations, 1992 and subsequent amendments by the U.S. Department of Labor. Various government cross-references to worker characteristics and alternate occupational classifications. Proprietary cross-reference to NOC2001. See help file for more details.

May 2013 - STATEWIDE Occupational Employment Survey (OES):

Oklahoma

Hourly Mean = $23.95 ± $0.24 CI*
Weekly Mean = $958 ± $10 CI*
Annual Mean = $49,820 ± $496 CI*

| | | |
|---|---|---|
| Hourly - 10%ile = $16.26 | Weekly - 10%ile = $650 | Annual - 10%ile = $33,810 |
| Hourly - 25%ile = $19.65 | Weekly - 25%ile = $786 | Annual - 25%ile = $40,870 |
| Hourly - 50%ile = $26.13 | Weekly - 50%ile = $1,045 | Annual - 50%ile = $54,360 |
| Hourly - 75%ile = $27.17 | Weekly - 75%ile = $1,087 | Annual - 75%ile = $56,510 |
| Hourly - 90%ile = $28.13 | Weekly - 90%ile = $1,125 | Annual - 90%ile = $58,510 |

May 2013 - REGIONAL (Metropolitan / Non-Metro / Rural) Occupational Employment Survey (OES):

Tulsa, OK

Hourly Mean = $24.47 ± $0.59 CI*
Weekly Mean = $979 ± $23 CI*
Annual Mean = $50,890 ± $1,221 CI*

| | | |
|---|---|---|
| Hourly - 10%ile = $16.26 | Weekly - 10%ile = $650 | Annual - 10%ile = $33,820 |
| Hourly - 25%ile = $19.65 | Weekly - 25%ile = $786 | Annual - 25%ile = $40,870 |
| Hourly - 50%ile = $27.16 | Weekly - 50%ile = $1,086 | Annual - 50%ile = $56,490 |
| Hourly - 75%ile = $27.17 | Weekly - 75%ile = $1,087 | Annual - 75%ile = $56,510 |
| Hourly - 90%ile = $27.75 | Weekly - 90%ile = $1,110 | Annual - 90%ile = $57,720 |

* CI - Confidence Interval
With 68% probability, the actual value falls within ± the given range of the sample estimate.

OES statistics are gathered from the Occupational Employment Survey of employers conducted in each state under contract to the U.S. Department of Labor. Data is collected on a three-year survey schedule and adjusted annually at the National, State, and Regional level. Wage data is reported by occupation for full-time wage and salary workers (men and women combined). Wage data is suppressed for an insufficient number of reportable workers (usually below 50 for a given area) or for reasons of employer confidentiality. Weekly values assume a 40-hour work week.

DATA SOURCE: Bureau of Labor Statistics - U.S. Department of Labor - April 1, 2014
http://www.bls.gov/oes

TESTIMONY HISTORY OF ROBERT COX

        JEFFREY SCOTT CANTRELL, M.D., JEFFREY SCOTT CANTRELL, M.D., P.A. D/B/A ORTHOPEDIC ASSOCIATES, DAVID ROBERT MOON, M.D. & MEDICAL IMAGING OF DALLAS, LLP; ATTY SAKINA RASHEED

10/05/07 TRIAL; CAUSE NO. 36774; JOE C. GARCIA V. DANAHER CORPORATION; 412TH DISTRICT COURT, BRAZORIA COUNTY, TEXAS; ATTY LARRY FUNDERBURK

01/10/08 TRIAL; CAUSE NO. 2005-52056; TOMMY CHAMPION VS. PENSKE TRUCK LEASING CO., L.P., PENSKE TRUCK LEASING CORPORATION; GREAT DANE LIMITED PARTNERSHIP AND MAXON LIFT CORP.; IN THE 189Tu JUDICIAL COURT OF HARRIS COUNTY, TEXAS; ATTY GREGORY HOLLOWAY

06/08/08 DEPOSITION; SHUMATE FOR RHODES IN AUSTIN TEXAS

6/03/08 DEPOSITION; CAUSE NO.B177168; VICKIE LYNN HALL V. EXXON MOBIL CORPORATION; IN THE 60TH JUDICIAL DISTRICT COURT OF JEFFERSON COUNTY, TEXAS; ATTY GREGORY HOLLOWAY

6/23/08 TRIAL; CAUSE NO. B177168; VICKIE LYNN HALL V. EXXON MOBIL CORPORATION; IN THE 60Tu JUDICIAL DISTRICT COURT OF JEFFERSON COUNTY, TEXAS; ATTY GREGORY HOLLOWAY

10/6/08 DEPOSITION; CAUSE NO. 27875; JOHN CORNETT AND TERRY CORNETT V PATTERSON-UT ENERGYM INC. AND BILLY DOE; IN THE 1sT JUDICIAL DISTRICT OF JASPER COUNTY, TEXAS; ATTY WILLIAM T. JONES, JR

4/17/09 DEPOSITION; RAMOS VS HINES INTERESTS; 269T" JDC; HARRIS CO; ATTY MIKE MAGEE

6/22/09 DEPOSITION; CAUSE NO. 2006-68686; BLADIMIR BARRIENTOS, MARIA GARZA INDIVIDUALLY AND A/N/F OF OSVALDO BARRIENTOS AND BLADIMIR BARRIENTOS, JR., MINORS V. DARLING HOMES, INC., DARLING HOMES OF HOUSTON, LTD.M AND JOHN K. HUMRIGHAUSEN; IN THE 334TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

7/9/09 DEPOSITION; ROBERTA BURKHART; 80JDC; HARRIS CO; PETER BAMBACE

7/16/09 TRIAL; CAUSE 2006-23345; CHARLES LEMMOND V. TEXAN EAGLE TRANSPORTATION;IN THE 215TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY: JOHN A. RAMIREZ

10/12/09 DEPOSITION; GARDENIER; ATTY JUNEK

10/22/09 DEPOSITION; SANDEL JOY; ATTY AMANDA FLANAGAN

10/28/09 TRIAL; CAUSE NO. 2006-65139;SANDRA CHRIST VS. COMPREHENSIVE PLUS HOME HEALTH, INC.AND BOBBY JONE BEASLEY; IN THE 234TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY; TRACEY R. BURRIDGE

11/03/09 DEPOSITION; CAUSE NO. 2008-5747; ANGELICA DAVIS AND DARRELL DAVIS V. CHRISTUS HEALTH GULF COAST D/B/A CHRISTOS ST .CATHERINE HOSPITAL; IN THE 129TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS;ATTY ERIN LUNCEFORD

11/03/09 TRIAL; CAUSE NO. 06-07-06852; BILL COMSTOCK AND LANA COMSTOCK, INDIVIDUALLY AND AS NEXT BEST FRIEND OF MEGAN RAE COMSTOCK V.M. JAMES CLARK, DDS AND NORTHWEST ORAL & MAXILLOFACIAL SURGERY, P-C.; ATTY JOEL RANDAL SPROTT

11/5/09 DEPO; ROBIN TISDALE JOHNSON VS FIRST TRANSIT; 270H JDC HARRIS CO; ATTY GLEN FAHL

TESTIMONY HISTORY OF ROBERT COX

11/13/09 DEPO; GARY EVANS VS DEL MAR DISPOSAL; 14JDC DALLAS CO; PETER BAMBACE

11/30/09 DEPO; CAUSE NO. B179259; WILLIE FRANKLIN COWART AND DONNA J. COWART V. NEDERLAND APOSTOLIC CHURCH AND J.C. CORKRAN; IN THE 60TH JUDICIAL COURT OF JEFFERSON COUNTY, TEXAS; ATTY KATHERINE D. WOODRUFF

01/11/10 TRIAL; CAUSE NO. 2007-20672; ROBERTA BURKHART VS. VICTOR M. LOFTIN, ET AL; IN THE 80TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY PETER BAMBACE

03/22/10 DEPOSITION; CAUSE NO. 2008-60893; ANDREA MARTIN VS. ERIC J. HAUFRECT, M.D., JAMES EARL STREET, M.D., CAROL ASHWORTH, F.N., JILL CRISP, CRNA, DIANA IRVIN, O.R.T., CAITLIN MOODIE, R.N. AND THE METHODIST HOSPITAL; IN THE 157T JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TX; ATTY CAROLYN SMITH

03/26/10 DEPO; MICHELLE RUSSELL; ATTY TRENT STEVENS

06/11/10 DEPO; ALEX DEWOODY; CAUSE NO. 2008-29777; BRIANNA KINNEY AND ANDRES DEWOODY; IND. AND A/N/F OF ALEXA DEWOODY, A MINOR VS. MICHELLE HANES, MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A MEMORIAL HERMANN THE WOODLANDS HOSPITAL; IN THE 189TH DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY STEVE DOLLINGER

10/05/10 DEPO; JAMES T. CULWELL, JR. VS. ELITE TRANSPORT, LLP AND UNION PACIFIC RAILROAD COMPANY DEFENDANTS; IN THE DISTRICT COURT HARRIS COUNTY, TEXAS; 164 TH JUDICIAL DISTRICT; ATTY WILLIAM S. BUSH

10/26/10 TRIAL; RONALD MOLDER AND EMILY MOLDER VS. DE TAR HOSPITAL, INC. D/B/A DE TAR HOSPITAL-VICTORIA, ET AL.; IN THE 135TH JUDICIAL DISTRICT COURT, VICTORIA COUNTY, TEXAS; ATTY ANN F. WATSON

11/12/10 DEPO; CAUSE NO. 2006-2383; BANKRUPTCY ESTATE OF ERWINA AND BERNARDINO CONGUNJI PLAINTIFF AND BERNARDINO B. CONGUNJI, PLAINTIFF VS. SCOTT E. PAGANO, D.C., DEFENDANTS; IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS; 133RD JUDICIAL DISTRICT; ATTY MICHELE QUATTLEBAUM

12/13/10 DEPO; CAUSE NO. 2009-03391; DEBORAH DERDUEN & MARK DERDUEN V. FUJITEC AMERICA, INC. & HINES MANAGEMENT, LLC; IN THE 280TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS; ATTY SHAVONNE SMITH

03/09/11 DEPO; FREDDIE MALVEAUX, PLAINTIFF VS. MIDSTREAM FUEL SERVICE, LLC D/B/A PETROLEUM ENERGY PRODUCTS CO., DEFENDANT; IN THE DISTRICT COURT OF GREG COUNTY, TEXAS

04/18/11 DEPO; CAUSE NO. 2009-23362; RICE TJARKS VS. OASIS FIRE PROTECTION, INC. AND ANTHONY SPANO, JR.; IN THE DISTRICT COURT OF HARRIS COUNTY, TEXAS; 334TH JUDICIAL DISTRICT

01/17/12 DEPO; ATTY JOHN RAMIREZ; HOUSTON; BRILLIO

01/27/12 DEPO; CAUSE NO. 09-15346; DAVID DAWSON V. FLUOR INTERNATIONAL, INC.; IN THE 134TH - G DISTRICT COURT OF DALLAS COUNTY, TX; DEBORAH JUNEK, ATTY

03/16/12 DEPO; ATTY BRUCE GAIHLM; HOUSTON; WATSON

06/06/12 DEPO; ATTY PAGE PAGE; DALLAS; WRAY

07/19/12 DEPO; ATTY NEWTON, CORPUS CHRISTI; LOPEZ

TESTIMONY HISTORY OF ROBERT COX

02/07/13  TRIAL; DAVID MCBRIDE ET AL VS EXXON MOBILE; NO 2011-44838; DIST CT OF HARRIS COUNTY 125TH JUDICIAL DISTRICT; ATTY KAREN ALVARADO

09/03/13  DEPO; YORK V BELL HOIT SHOT; 125TH JDC HARRIS CO TX; ATTY CHIP BRENNIG

09/04/13  DEPO; GARCIA V AIRNSOWRTH TRUKING; COUNTY COURT AT LAW #2 NUECES CO; ATTY STACI VETTERLING

10/1/13   DEPO; LEVINE V UNITED SCAFFOLDING; 172ND JDC; JEFFERSON CO TX; ATTY KATHLEEN KENNEDY

11/18/13  DEPO; PRESTON v WORLD WIDE METRIC; 113JDC; HARRIS COUNTY TX; ATTY CRAIG LEWIS

12/18/13  DEPO; NO:2013-01575-7; CARRERON VS SUAREZ; 270TH JDC HARRIS CO TX; ATTY BURRIDGE

# Testimony history of Robert D. Cox
## 2014

February 18th 2014; deposition; Powell v Ford; Bill Munichi,

March 4, 2014; trial; Robichaux v Dept of Justice; Federal Court Galveston TX; Matt Milleaux

June 11, 2014; deposition; Benavides v Trans X; Zapata County, TX; Lucero

June 12, 2014; deposition; Ford v Cause No. 12-13194-012-011 Anthony Lamonte Ford vs Allstate Fire and Casualty Insurance Company, Surveying & Mapping, Inc. and Robert Frank Hertwig;Inthe 12•hJudicial District Court of Madison County, Texas (Attorney File No. 12-188) Wade Quinn, atty

June 17, 2014; deposition; Lanford v St. Elizabeth's Hospital

December 9, 2014; deposition; Santos v Oxy Vinyls LP; Matt Hoffman atty

December 10, 2014; Telephonic trial testimony in Landry v. HEB Food Stores; American Arbitration Association; Mark Giltner atty

December 16, 2014; Trial testimony in Koch v United States of America; New Orleans 5th Circuit Court; Peter Meyer atty with Department of Justice

December 23, 2014; Depo testimony; Cross v Galleria; atty Rick Gibson; 190th JDC Harris Co

December 30, 2014; Depo testimony; Lynch v Williams transport; USDC Southern District; Lynd atty

# Testimony history of Robert D Cox
## 2015

Jan. 6, 2015; deposition;Tijerina/Soto Vs Sun coast resources, Inc.; County Civil Ct; Nueces County, TX; 2013-CCV-60841-1; Norman Snyder atty

Robert Dewar Cox, MA, CRC, LPC

15365 Bowsprit Court
Corpus Christi, Texas 78418
281 343-0999 V
361 589-4106 F
bob@theworldofwork.com

## Work History:

| | |
|---|---|
| 1996-2011 | Elected Director/President |
| | Ft. Bend County Municipal Utility District #108, |
| 1980-Present | President and Rehabilitation/Career Counselor |
| | World of Work, Inc. |
| 2000-2005 | Elected Director/Vice-President |
| | Greatwood Homeowner's Association |
| 1973 - 1980 | President & Rehabilitation Counselor, |
| | Southwest Rehabilitation Institute |
| 1967 - 1972 | Vocational Rehabilitation Counselor |
| | Texas Rehabilitation Commission, Houston, TX |

## Professional Affiliations:

National Rehabilitation Association; Treasurer 2010-2012
Rehabilitation Counselors and Educators Association; Treasurer 2007-2009;
   President 2010
Texas Vocational Evaluation and Work Adjustment Association; President 1976-1978
Texas Rehabilitation Association
   Board Member at large, 1979-1981; 1998-2001
   President 1990-1992; President 2001; Treasurer 2004-2005
Texas Rehabilitation Counseling Association
   President 1984-1986
Houston Area Rehabilitation Association
   President 1987-88

## Advisory Member:

Arkansas Rehabilitation Continuing Education Program
Texas Representative, Vocational Rehabilitation of the Industrially Injured, 1979
Coalition for Barrier Free Living, Houston, TX
   Placement Committee

## Education, Certification and License:

MA, University of Texas 1972
BA, University of Texas, 1966

Certified Rehabilitation Counselor #53, By National Commission on
Rehabilitation Counselor Certification
Licensed as Professional Counselor, Texas # 4521

## Consultant:

#### Present

Vocational Consultant to the Social Security Administration
Office of Hearings and Appeals, since 1975

Del Oro Hospital, Houston, TX
Memorial Southeast Hospital, Houston, TX
Stafford Meadows Hospital, Stafford, TX
West Oaks Hospital, Houston, TX

## Honors:

Distinguished Service Award 1993, from City of Houston,
Mayor Bob Lanier
National Rehabilitation Association 2010 President's Award for
For Service to the Association.

# Addendum to Resume of Experience and Background of Robert D. Cox

In 1968, Mr. Cox began working for the Texas Rehabilitation Commission. His clients were patients in a psychiatric hospital. To them he provided information about jobs and how to obtain employment. Using skills and knowledge about the demands of various jobs derived from his training and use of the Dictionary of Occupational Titles, he provided placement opportunities and training opportunities to his clients. Because some of the patients in the hospital had no prior work experience, he provided testing to them so that they could focus on the most appropriate job. Once the physical demands of the jobs, knowledge of the working conditions and utilization of transferable skills determined in testing were all determined, efforts were directed toward job placement. Mr. Cox used local and regional employment databases to determine the existence and numbers of jobs appropriate to the exertional demand restrictions of his clients. Within the hospital setting, Mr. Cox developed a vocational evaluation program, job tryout opportunities within the hospital setting and competitive employment placement for hundreds of clients.

Mr. Cox next went into private practice in 1972. He continued working with persons who had disabilities from a wide referral base. He began working with school districts to provide vocational testing and job placement, which focused on transferable skills revealed in the testing. Continuing his interaction with the Texas Workforce Commission, Mr. Cox gained information about the existence and numbers of jobs in the regional and state economy. Within his private practice, Mr. Cox developed a sheltered workshop so that clients could develop the stamina to meet the exertional requirements of the job goals. By analyzing jobs to learn the skills needed to perform them and the exertion required for them he was able to personally provide placement for hundreds of individuals.

Within the private practice of The World of Work, Mr. Cox developed programs to help his clients maintain employment. Personal/Social adjustment training was provided through an evening Social Club. A Job Club program was developed which provided support and information about proper ways to apply for jobs. The cooperation of local employers who provided information about their jobs, helped Mr. Cox and his clients obtain hundreds of jobs for them.

Mr. Cox has remained current in his information about the exertional demands of jobs, how to determine skills which transferred to other jobs and the number of jobs existing international and regional economics providing placement assistance to his clients. He has served at the State, Regional and National levels in Rehabilitation organizations that interact with employers and their employment needs. To satisfy the continuing education credits required of his license as a Professional Counselor and certification as a Rehabilitation Counselor, he undergoes continuous training related to understanding the working conditions and physical demands of various occupations, transferability of skills and knowledge of the existence and numbers of jobs at all exertional levels in the national economy.